# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> PETRO PAVING COMPANY, INC., an Illinois corporation, WILLIAM STRAUMANN, Individually <br><br> Defendants. | ) ) ) ) ) ) ) No. 07 C 4034 ) ) Judge Shadur ) ) Magistrate Judge Nolan ) ) ) |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on July 18, 2007 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon PETRO PAVING COMPANY, INC., an Illinois corporation was made on the Defendant on August 1, 2007, and a copy of the proof of service was filed with the court on August 20, 2007.

3. Service upon William Straumann, Individually, was made on the Defendant on August 1, 2007, and a copy of the proof of service was filed with the court on August 20, 2007.

4. On July 13, 2006, William Straumann, Individually and as President of Petro Paving Company, Inc. entered into a Pension Fund installment note for $5,851.45.

Installment payments have made through March 30, 2007. There remains a balance due the Pension Fund of $1,581.54.

5. On July 13, 2006, William Straumann, Individually and as President of Petro Paving Company, Inc. entered into a Welfare Fund installment note for $5,851.45. Installment payments have made through March 30, 2007. There remains a balance due the Pension Fund of $2,532.72.

6. The Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$1,581.54 Pension installment note
$2,532.72 Welfare installment note
$925.00 Attorneys fees
$415.00 Court costs
$5,454.26

WHEREFORE, Plaintiffs pray for the entry of judgment against Defendants, PETRO PAVING COMPANY, INC., an Illinois corporation and WILLIAM STRAUMANN, Individually and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $5,454.26.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 22, 2007